# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2006

129200-01 & (53)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ANTHONY NALBANDIAN, on behalf of
himself and all other similarly situated persons,
　　　　　Plaintiff-Appellant,
　　　　　Cross-Appellee,

v

PROGRESSIVE MICHIGAN INSURANCE
COMPANY,
　　　　　Defendant-Appellee,
　　　　　Cross-Appellant.

_____

STEVE S. GEORGE, on behalf of himself and all
similarly situated persons,
　　　　　Plaintiff-Appellant,
and

AUTO CLUB INSURANCE COMPANY and
AUTO CLUB INSURANCE ASSOCIATION,
　　　　　Defendants-Appellees

_____/

SC: 129200-01
COA: 252164, 254317
Wayne CC: 03-303442-CP
　　　　　01-120402-CP

　　　　On order of the Court, the application for leave to appeal the June 21, 2005 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2006

Clerk

t0120